**AbbVie, Inc. (2018)**  **Holwill, Mayuko**

## LIST OF PURCHASES AND SALES

| DATE | PURCHASE OR SALE | NUMBER OF SHARES/UNITS | PRICE PER SHARES/UNITS |
|---|---|---|---|
| 2/15/2018 | Purchase | 130 | $113.8500 |
| 2/20/2018 | Purchase | 100 | $119.9500 |