**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| MAYUKO HOLWILL, Individually and on Behalf of All Others Similarly Situated, | x : : : : : : : : : : : : : x | Case No. 1:18-cv-06790 |
| Plaintiff, | | |
| v. | | |
| ABBVIE INC. RICHARD A. GONZALEZ, and WILLIAM J. CHASE, | | |
| Defendants. | | |

**DECLARATION OF CHRISTOPHER F. MORIARTY IN SUPPORT OF THE MOTION OF METZLER ASSET MANAGEMENT GMBH FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF COUNSEL**

I, Christopher F. Moriarty, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of Illinois and this Court. I am an attorney with the law firm of Motley Rice LLC, counsel for proposed Lead Plaintiff Metzler Asset Management GmbH ("Metzler"), and proposed Lead Counsel for the class in the above-captioned action. I make this declaration in support of Metzler's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached hereto are true and correct copies of the following exhibits:

Exhibit A: Metzler's sworn Certification[1];

Exhibit B: Chart of Metzler's Estimated Losses;

Exhibit C: Notice of pendency of class action published in *Business Wire*, a national business-oriented wire service, on October 9, 2018;

Exhibit D: Motley Rice's firm resume; and

Exhibit E: Metzler's Motion and Supporting Documents in *Pippins v. AbbVie Inc.*, No. 2:18-CV-08225 (C.D. Cal. Sep. 21, 2018).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 23rd day of November, 2018, at Charleston, South Carolina.

*s/ Christopher F. Moriarty*
Christopher F. Moriarty

---

[1] Metzler submits the certification it timely submitted with its motion in *Pippins v. AbbVie Inc.*, No. 2:18-CV-08225 (C.D. Cal. Sep. 21, 2018). As soon as practicable, Metzler will submit an updated certification to reflect the fact that it sought to serve as a lead plaintiff in that action. The updated certification will otherwise be identical.

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 23, 2018.

*s/ Christopher F. Moriarty*_____
Christopher F. Moriarty